Certificate Number: 05781-NJ-DE-036916564

Bankruptcy Case Number: 18-14460



05781-NJ-DE-036916564

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2022</u>, at <u>6:56</u> o'clock <u>AM PDT</u>, <u>Lawrence Moran</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>October 20, 2022</u>    By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>