UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

**In re:**                                             Case No. 18-14460-JNP

**LAWRENCE J. MORAN III,**                             Chapter 13

                                                       Judge: Jerrold N. Poslusny, Jr.

          **Debtor.**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, LAWRENCE J. MORAN III, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. __X__ I am not required to pay domestic support obligations.

   ____ I am required to pay domestic support obligations and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true,

Date: 10/18/22                          /s/  Lawrence J. Moran III
                                        _____
                                        LAWRENCE J. MORAN III, Debtor

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be issued for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**